United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

10CV1769-JFB-ARL

1) indicated that this case is related to the following case(s):

09CV1751

-OR-

2) the case was directly assigned to Judge _____ and Magistrate

Judge _____ as a Pro Se or Habeas case related to

_____.