

**GOLDSMITH CTORIDES & RODRIGUEZ LLP**
Attorneys at Law

www.goldsmithlegal.com
e-mail: info@goldsmithlegal.com

747 Third Avenue
New York, NY 10017
(212) 421-5500
(212) 421-5185

140 Sylvan Avenue
Englewood Cliffs, NJ 07632

Liberty View Building
457 Haddonfield Road
Cherry Hill, NJ 08002

The Curtis Center
601 Walnut Street, Suite 720
Philadelphia, PA 19106

LEE S. GOLDSMITH, M.D.▼△
CHRISTINA CTORIDES▼
FRANCISCO J. RODRIGUEZ▼△
LAURA A. RUSSELL▼

DAVID FIELDS, M.D.‡#

LISA A. DALESANDRO, R.N.
Paralegal[8]

**LOCKS LAW FIRM**
OF COUNSEL
www.lockslaw.com

GENE LOCKS#▲



△Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

#Of Counsel
▼NY & NJ only
▲also admitted in PA
‡NY only

[8] ABA-Accredited Program

Wednesday, April 20, 2011

*Please reply to
New York office*

Via ECF
Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

     Re:  **COVERT, Linda v. MILHORAT, et. al.**
           USDC, EDNY Docket #10-CV-1769

     Re:  **COVERT, Linda v. GOLDBERG, M.D., Gary D., et. al.**
           USDC/EDNY Docket #: CV-10-5135

Dear Judge Bianco:

     This office along with the Locks Law Firm, PLLC, represents the Plaintiffs Linda and Chad Covert in the aforementioned medical malpractice actions.

     The matter of <u>Covert v. Milhorat</u> CV 10-1769 is one of approximately forty-two (42) actions in the consolidated Milhorat/Chiari Institute cases currently being managed by Magistrate Tomlinson for purposes of discovery.

     The <u>Covert v. Goldberg</u> action was commenced on November 5, 2010, after the <u>Covert v. Milhorat</u> action had already been filed.  Annexed is a Stipulation signed by counsel for all parties in the <u>Covert v. Milhorat</u> and <u>Covert v. Goldberg</u> actions wherein the parties have agreed to consolidate the two actions for purposes of discovery and trial under <u>Covert v. Milhorat</u> CV 10-1769.

     We would greatly appreciate Your Honor So Ordering the annexed consolidation Stipulation.

     Thank you for your time and attention herein.

**GOLDSMITH CTORIDES & RODRIGUEZ LLP**
Attorneys at Law

Wednesday, April 20, 2011
Page 2 of 2

Re: **COVERT, Linda v. MILHORAT, et. al.**
USDC, EDNY Docket #10-CV-1769

Re: **COVERT, Linda v. GOLDBERG, M.D., Gary D., et. al.**
USDC/EDNY Docket #: CV-10-5135

Respectfully submitted,

**GOLDSMITH CTORIDES & RODRIGUEZ, L.L.P.**

Christina Ctorides

CC:vd
Enc.

cc.: **CATALANO, GALLARDO & PETROPOULOS, LLP**
100 Jericho Quadrangle, Suite 214
Jericho, NY 11753
(Via ECF & Fax 516-931-1033)

**KELLER, O'REILLY & WATSON, P.C.**
242 Crossways Park Drive
Woodbury, NY 11797
(Via ECF & Fax 516-496-9791)

**MARTIN CLEARWATER & BELL LLP**
220 East 42nd Street
New York, NY 10017
(Via ECF & Fax 212-949-7054)

**HEIDELL, PITTONI, MURPHY & BACH, L.L.P.**
99 Park Avenue
New York, NY 10016
(Via ECF & Fax 212-490-8966)