UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LINDA COVERT and CHAD COVERT,

          Plaintiffs,

-against-

THOMAS H. MILHORAT, M.D., PAOLO A.
BOLOGNESE, M.D., MISAO NISHIKAWA, M.D.,
L. THIERRY REMY, M.D., CHANLAND
ROONPRAPUNT, M.D., JOHN XI CHEN, M.D,
NORTH SHORE – LONG ISLAND JEWISH
HEALTH SYSTEM, INC. , THE CHIARI
INSTITUTE, an unincorporated entity of North
Shore University Hospital and HARVEY CUSHING
INSTITUTES OF NEUROSCIENCE, an
unincorporated entity of North Shore University
Hospital,

          Defendants.
----------------------------------------------------------------X

Civil Action #:10-CV-1769

**STIPULATION
CONSOLIDATING
ACTIONS**

LINDA COVERT and CHAD COVERT,

          Plaintiffs,

-against-

GARY D. GOLDBERG, M.D., KAREN B.
HILLER. R.N., M.S.N., A.N.P. and UROLOGY
ASSOCIATES, P.C.,

          Defendants.
----------------------------------------------------------------X

Civil Action #:10-CV-5135

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for all parties in the above captioned actions, that Pursuant to F.R.C.P. 42, the actions of <u>Covert v. Milhorat et al.</u> and <u>Covert v. Golderg et al.</u> be consolidated for both discovery and trial, and

Please see next page

Stipulation Consolidating Actions
Page 2 of 3
**COVERT, Linda and Chad v. MILHORAT, M.D., et al.**
United States District Court Civil Action #: 10-CV-1769
**COVERT, Linda and Chad v. GOLDBERG, M.D., et. al.**
United States District Court Civil Action #: 10-CV-5135

**IT IS FURTHER AGREED**, that the consolidated caption shall read as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LINDA COVERT and CHAD COVERT,

       Plaintiffs,    Civil Action #: 10-CV-1769

-against-

THOMAS H. MILHORAT, M.D., PAOLO A. BOLOGNESE, M.D., MISAO NISHIKAWA, M.D., L. THIERRY REMY, M.D., CHANLAND ROONPRAPUNT, M.D., JOHN XI CHEN, M.D, NORTH SHORE – LONG ISLAND JEWISH HEALTH SYSTEM, INC., THE CHIARI INSTITUTE, an unincorporated entity of North Shore University Hospital, CUSHING NEUROSCIENCE INSTITUTES, an unincorporated entity of North Shore University Hospital, GARY D. GOLDBERG, M.D., KAREN B. HILLER, R.N., M.S.N., A.N.P. and UROLOGY ASSOCIATES, P.C.,

       Defendants.
-------------------------------------------------------------------X

Dated: March 11, 2011
   New York, New York

Please see next page

Stipulation Consolidating Actions
Page 3 of 3
COVERT, Linda and Chad v. MILHORAT, M.D., et al.
United States District Court Civil Action #: 10-CV-1769
COVERT, Linda and Chad v. GOLDBERG, M.D., et. al.
United States District Court Civil Action #: 10-CV-5135

By: CHRISTINA CTORIDES, ESQ.
GOLDSMITH, CTORIDES
& RODRIGUEZ, L.L.P.
Attorneys for Plaintiff(s)
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500
FAX (212) 421-5185

By: NANCY J. BLOCK, ESQ.
MARTIN CLEARWATER
and BELL LLP
Attorneys for Remaining Defendant(s)
220 East 42nd Street
New York, New York 10017
(212) 697-3122
FAX (212) 949-7054

By: CHARLES BACH, ESQ.
HEIDELL, PITTONI, MURPHY
& BACH, L.L.P.
Attorneys for Defendant
CHANLAND ROONPRAPUNT, M.D.
99 Park Avenue
New York, New York 10016
(212) 286-8585
FAX (212) 490-8966

By: MICHELE LEVIN, ESQ.
CATALANO, GALLARDO &
PETROPOULOS, L.L.P.
Attorneys for Defendant
KAREN B. HILLER, R.M., MSN, ANP
100 Jericho Quadrangle, Suite 214
Jericho, New York 11753
(516) 931-1800
FAX (516) 931-1033

By: SCOTT WATSON, ESQ.
KELLER, O'REILLY & WATSON, P.C.
Attorneys for Defendants
GARY D. GOLDBERG, M.D. and
UROLOGY ASSOCIATES, P.C.
242 Crossways Park Drive
Woodbury, New York 11797
(516) 496-1919
FAX (516) 496-9791

SO ORDERED

_____
District Judge, U.S.D.C.

3

Stipulation Consolidating Actions
Page 3 of 3
COVERT, Linda and Chad v. MILHORAT, M.D., et al.
United States District Court Civil Action #: 10-CV-1769
COVERT, Linda and Chad v. GOLDBERG, M.D., et al.
United States District Court Civil Action #: 10-CV-5135

*[signature]*

By: CHRISTINA CTORIDES, ESQ.
GOLDSMITH, CTORIDES
& RODRIGUEZ, L.L.P.
Attorneys for Plaintiff(s)
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500
FAX (212) 421-5185

*[signature]*

By: CHARLES BACH, ESQ.   Karen S. Lynch
HEIDELL, PITTONI, MURPHY
& BACH, L.L.P.
Attorneys for Defendant
CHANLAND ROONPRAPUNT, M.D.
99 Park Avenue
New York, New York 10016
(212) 286-8585
FAX (212) 490-8966

By: NANCY J. BLOCK, ESQ.
MARTIN CLEARWATER
and BELL LLP
Attorneys for Remaining Defendant(s)
220 East 42nd Street
New York, New York 10017
(212) 697-3122
FAX (212) 949-7054

By: MICHELE LEVIN, ESQ.
CATALANO, GALLARDO &
PETROPOULOS, L.L.P.
Attorneys for Defendant
KAREN B. HILLER, R.M., MSN, ANP
100 Jericho Quadrangle, Suite 214
Jericho, New York 11753
(516) 931-1800
FAX (516) 931-1033

By: SCOTT WATSON, ESQ.
KELLER, O'REILLY & WATSON, P.C.
Attorneys for Defendants
GARY D. GOLDBERG, M.D. and
UROLOGY ASSOCIATES, P.C.
242 Crossways Park Drive
Woodbury, New York 11797
(516) 496-1919
FAX (516) 496-9791

SO ORDERED

_____
District Judge, U.S.D.C.

3

Stipulation Consolidating Actions
Page 3 of 3
COVERT, Linda and Chad v. MILHORAT, M.D., et al.
United States District Court Civil Action #: 10-CV-1769
COVERT, Linda and Chad v. GOLDBERG, M.D., et al.
United States District Court Civil Action #: 10-CV-5135

_____
By: CHRISTINA CTORIDES, ESQ.
GOLDSMITH, CTORIDES
& RODRIGUEZ, L.L.P.
Attorneys for Plaintiff(s)
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500
FAX (212) 421-5185

By: NANCY J. BLOCK, ESQ.
MARTIN CLEARWATER
and BELL LLP
Attorneys for Remaining Defendant(s)
220 East 42nd Street
New York, New York 10017
(212) 697-3122
FAX (212) 949-7054

_____
By: CHARLES BACH, ESQ.
HEIDELL, PITTONI, MURPHY
& BACH, L.L.P.
Attorneys for Defendant
CHANLAND ROONPRAPUNT, M.D.
99 Park Avenue
New York, New York 10016
(212) 286-8585
FAX (212) 490-8966

_____
By: MICHELE LEVIN, ESQ.
CATALANO, GALLARDO &
PETROPOULOS, L.L.P.
Attorneys for Defendant
KAREN B. HILLER, R.M., MSN, ANP
100 Jericho Quadrangle, Suite 214
Jericho, New York 11753
(516) 931-1800
FAX (516) 931-1033

By: SCOTT WATSON, ESQ.
KELLER, O'REILLY & WATSON, P.C.
Attorneys for Defendants
GARY D. GOLDBERG, M.D. and
UROLOGY ASSOCIATES, P.C.
242 Crossways Park Drive
Woodbury, New York 11797
(516) 496-1919
FAX (516) 496-9791

SO ORDERED

_____
District Judge, U.S.D.C.

3

Stipulation Consolidating Actions
Page 3 of 3
COVERT, Linda and Chad v. MILHORAT, M.D., et al.
United States District Court Civil Action #: 10-CV-1769
COVERT, Linda and Chad v. GOLDBERG, M.D., et. al.
United States District Court Civil Action #: 10-CV-5135

By: CHRISTINA CTORIDES, ESQ.
GOLDSMITH, CTORIDES
& RODRIGUEZ, L.L.P.
Attorneys for Plaintiff(s)
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500
FAX (212) 421-5185

By: NANCY J. BLOCK, ESQ.
MARTIN CLEARWATER
and BELL LLP
Attorneys for Remaining Defendant(s)
220 East 42nd Street
New York, New York 10017
(212) 697-3122
FAX (212) 949-7054

By: CHARLES BACH, ESQ.
HEIDELL, PITTONI, MURPHY
& BACH, L.L.P.
Attorneys for Defendant
CHANLAND ROONPRAPUNT, M.D.
99 Park Avenue
New York, New York 10016
(212) 286-8585
FAX (212) 490-8966

By: MICHELE LEVIN, ESQ.
CATALANO, GALLARDO &
PETROPOULOS, L.L.P.
Attorneys for Defendant
KAREN B. HILLER, R.M., MSN, ANP
100 Jericho Quadrangle, Suite 214
Jericho, New York 11753
(516) 931-1800
FAX (516) 931-1033

By: SCOTT WATSON, ESQ.
KELLER, O'REILLY & WATSON, P.C.
Attorneys for Defendants
GARY D. GOLDBERG, M.D. and
UROLOGY ASSOCIATES, P.C.
242 Crossways Park Drive
Woodbury, New York 11797
(516) 496-1919
FAX (516) 496-9791

SO ORDERED

_____
District Judge, U.S.D.C.

3